UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK SILVA,**<br><br>           Plaintiff<br><br>           v.<br><br>**ADAM CHRISTIANSON, et al.,**<br><br>           Defendants | CASE NO. 1:16-CV-0856 AWI SKO<br><br>ORDER DISMISSING COMPLAINT AND CLOSING CASE DUE TO A LACK OF SUBJECT MATTER JURISDICTION |

On September 21, 2016, the Court issued an order to show cause why this case should not be dismissed due to a lack of subject matter jurisdiction. See Doc. No. 4.  The Court explained that no federal question was apparent from the Complaint. See id.  Plaintiff was given until October 11, 2016, in which to show a basis for subject matter jurisdiction. See id.  The Court warned Plaintiff that either a failure to respond or an inadequate response would result in the dismissal of the Complaint and the closure of the case without further notice. See id. To date, Plaintiff has failed to respond.  Therefore, the Court is left with no choice but to dismiss this case for want of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3); Washington Envtl. Council v. Bellon, 732 F.3d 1131, 1138 (9th Cir. 2013).

Accordingly, IT IS HEREBY ORDERED that:

1. This case is DISMISSED due to a lack of subject matter jurisdiction; and

2. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   November 17, 2016                           _____
                                                              SENIOR DISTRICT JUDGE